JESSICA M. LUJAN, ESQ.
Nevada Bar No. 14913
E-mail: jlujan@spencerfane.com
**SPENCER FANE LLP**
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone:    702/408-3400
Facsimile:     702/408-3401

Brian N. Platt, Esq. (*will comply with LR IA 11-2 within 14 days*)
E-mail: bplatt@wnlaw.com
Collin D. Hansen (*will comply with LR IA 11-2 within 14 days*)
E-mail: chansen@wnlaw.com
**WORKMAN NYDEGGER**
60 East South Temple Suite 1000
Salt Lake City, UT 84111
Telephone: (801) 533-9800
Facsimile: (801) 328-1707

*Attorneys for Plaintiff*

<div style="text-align:center; margin-left:2em;">Spencer Fane LLP<br>300 South Fourth Street, Suite 1600<br>Las Vegas, NV 89101-6019<br>Phone: 702.408.3400 Fax: 702.408.3401</div>

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AXCESS GLOBAL SCIENCES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> HARD EIGHT NUTRITION, LLC, <br><br> Defendant. | **Case No.**  2:25-cv-00942 <br><br> **COMPLAINT FOR PATENT INFRINGEMENT** <br><br> **JURY DEMAND** |

Plaintiff Axcess Global Sciences, LLC ("AGS" or "Plaintiff") complains and alleges the following against Defendant Hard Eight Nutrition, LLC dba Bulk Supplements ("Bulk Supplements.").

## NATURE OF THE CLAIMS

1.    This is an action for patent infringement in violation of 35 U.S.C. §§ 1, *et seq.*

2.    Plaintiff is the owner of U.S. Patent Nos. U.S. Patent Nos. 10,245,243 (the "'243 Patent"), 10,588,876 (the "'876 Patent"), 10,596,128 (the "'128 Patent"), 10,596,129 (the "'129 Patent"); 10,596,130 (the "'130 Patent"); and 10,596,131 (the "'131 Patent" and collectively, the "Asserted Patents"). *See* Exhs. A, B, C, D, E, F. The Asserted Patents include claims for unique formulations of non-racemic formulations of beta-hydroxybutyrate ("BHB") compounds and

1    enriched compositions.

2    3.    The Defendant distributes various supplement products including the BHB Beta-

3    hydroxybutyrate (Sodium) Powder product depicted below, which products practice the inventions

4    of the Asserted Patents.



https://www.bulksupplements.com/products/sodium-bhb-powder
*See* Exh. G

## THE PARTIES

4.    Plaintiff AGS is a Utah limited liability company with a principal place of business at 2157 Lincoln Street, Salt Lake City, UT 84106.

5.    Defendant Hard Eight is a Nevada limited liability company with a principal place of business at 7511 Eastgate Road, Henderson, NV 89011. *See* Exh. H.

## JURISDICTION

6.    This Court has federal question subject matter jurisdiction under 28 U.S.C. § 1331 because all claims arise under the laws of the United States: 35 U.S.C. § 271 and 15 U.S.C. § 1125.

7.    This Court has personal jurisdiction over Defendant, and venue is proper in this District pursuant to 28 U.S.C. §§ 1391 and 1400(b), at least because the Defendant resides in this District, is incorporated in this District, maintains its registered agent in this district, has its principal place of business in this District, and has committed a substantial portion of the infringements and other acts giving rise to this action from within this District.

Spencer Fane LLP
300 South Fourth Street, Suite 1600
Las Vegas, NV 89101-6019
Phone: 702.408.3400 Fax: 702.408.3401

LV 6890119.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Spencer Fane LLP
300 South Fourth Street, Suite 1600
Las Vegas, NV 89101-6019
Phone: 702.408.3400 Fax: 702.408.3401

## **BACKGROUND**

8.    Plaintiff AGS is an innovator in the field of exogenous ketones and ketogenic precursor supplement products.  In particular, AGS has developed a line of products containing novel formulations of the health supplement Beta-Hydroxybutyrate ("BHB").  These products aid the body in producing and sustaining elevated levels of ketone bodies in the blood and assist in the body's transition into nutritional ketosis.

9.    Defendant has made, used, advertised, offered for sale, sold, and/or imported various products that infringe the Asserted Patents, including the exemplary products identified below (collectively, "Accused Products"):




https://www.bulksupplements.com/products/sodium-bhb-powder
*See* Exh. G

10.    The Asserted Patents claim various non-racemic beta-hydroxybutyrate compounds and compositions, enriched with the R-enantiomer or the S-enantiomer, together with methods of use for compounds enriched with the R-enantiomer or the S-enantiomer, respectively.

11.    AGS's testing of the Accused Products indicates that Hard Eight sells and distributes the Accused Products, which are enriched with the R-enantiomer or the S-enantiomer. For example, on February 13, 2024, AGS performed testing of the Accused Products through

- 3 -

LV 6890119.1

1  American Testing Lab and confirmed that the Accused Products were enriched with the S-

2  enantiomer, as depicted in the test results below.



# Certificate of Analysis

Product: BULKSUP020124                          Certificate No.: P7146602 Version 1
Lot No: 2312109                                 Issued for: Axcess Global Sciences, LLC

| Test / Date / Method | Specification | Results |
|---|---|---|
| Chirality<br>2024-02-13<br>GC | Report | S-85.3%; R-14.7% |

Issuance Date: 2024-02-16

**Approved By:**
**Mo Lababidi**
**Senior Analyst**

*M*

**Requisition:** 1165R16526 **Received On** 2024-02-05 **Code No:** N/A **For** Axcess Global Sciences, LLC, 2157 Lincoln Street, Sal Lake City, 84106, Tel:8012448610 Fax:.

*See* Exh. I

12.  In another example, on September 13, 2024, AGS performed testing of the Accused

Products through Tentamus testing labs and confirmed that others of the Accused Products were

enriched with the R-enantiomer, as depicted in the test results below.

//
//
//
//
//
//

LV 6890119.1

Spencer Fane LLP
300 South Fourth Street, Suite 1600
Las Vegas, NV 89101-6019
Phone: 702.408.3400 Fax: 702.408.3401



# Certificate of Analysis

**Product: Bulk Supplement Sodium BHB**          **Certificate No.: N7149052 Version 1**
**Lot No: 2306412**                              **Issued for: Axcess Global Sciences**

| Test / Date / Method | Specification | Results |
|---|---|---|
| **Chirality** 2024-09-13 GC | Report | S-45.49% and R-54.51% |

Issuance Date:    2024-09-30

Approved By:
**Mo Lababidi**
**Lab Director**

*See* Exh. J

LV 6890119.1

Spencer Fane LLP
300 South Fourth Street, Suite 1600
Las Vegas, NV 89101-6019
Phone: 702.408.3400 Fax: 702.408.3401

13.    The Defendant is on notice of its infringements of the Asserted Patents, having received a written notice of infringement from AGS on or about March 10, 2025 and on or about May 5, 2025. *See* Exh. K, L.

14.    Defendant's infringement of the Asserted Patents have been willful and have injured the Plaintiff. Plaintiff's immediate, irreparable injuries have no adequate remedy at law and Plaintiff is entitled to injunctive relief and up to three times its actual damages and/or an award of Defendant's profits, as well as costs and reasonable attorney fees.

**FIRST CLAIM FOR RELIEF**
**Patent Infringement – '243 Patent**
**35 U.S.C. §§ 1, *et seq.***

15.    AGS incorporates and realleges each and every allegation in each of the preceding paragraphs as if fully set forth herein.

16.    AGS owns all right, title, and interest in the '243 Patent.

17.    On April 2, 2019, the '243 Patent, titled "Non-Racemic Beta-Hydroxybutyrate Compounds And Compositions Enriched With The S-Enantiomer And Methods Of Use," was duly and legally issued. *See* Exh. A.

18.    Defendant is on actual notice of its infringement of the '243 Patent, having received notice of its infringement on or about March 10, 2025. *See* Exh. L.

19.    On information and belief, the Defendant sells certain non-racemic mixtures of the Accused Products with enantiomeric ratios enriched with S-beta-hydroxybutyrate relative to the R-beta-hydroxybutyrate, as shown the exemplary test results for the Accused Products reproduced below.

20.    On information and belief, the Defendant instructs its customers in the use of the Accused Products for human consumption, at least by providing the product packaging, supplement facts, and usage instructions shown below.

- 6 -

LV 6890119.1



https://www.bulksupplements.com/products/sodium-bhb-powder
*See* Exh. G

21.    Representative claim 22 of the '243 Patent is reproduced below:

22.    A composition for administering ketone bodies or ketone body precursors to a subject:

a dietetically or pharmaceutically acceptable carrier selected from the group consisting of tablet, capsule, food product, food additive, beverage, beverage additive, candy, sucker, pastille, food supplement, spray, injectable, and suppository; and

S-beta-hydroxybutyrate or a non-racemic mixture of S-beta-hydroxybutyrate and R-beta-hydroxybutyrate,

wherein the composition comprises from about 52% to 100% by enantiomeric equivalents of the S-beta-hydroxybutyrate and 0% to 48% by enantiomeric equivalents of the R-beta-hydroxybutyrate.

22.    The Accused Products practice the invention of exemplary claim 22 of the '243 Patent as set forth below.

22.    **A composition for administering ketone bodies or ketone body precursors to a subject:**

**a dietetically or pharmaceutically acceptable carrier selected from the group consisting of tablet, capsule, food product, food additive, beverage, beverage additive, candy, sucker, pastille, food supplement, spray, injectable, and suppository; and**

LV 6890119.1

Spencer Fane LLP
300 South Fourth Street, Suite 1600
Las Vegas, NV 89101-6019
Phone: 702.408.3400 Fax: 702.408.3401

S-beta-hydroxybutyrate or a non-racemic mixture of S-beta-hydroxybutyrate and R-beta-hydroxybutyrate,

wherein the composition comprises from about 52% to 100% by enantiomeric equivalents of the S-beta-hydroxybutyrate and 0% to 48% by enantiomeric equivalents of the R-beta-hydroxybutyrate.

 

https://www.bulksupplements.com/products/sodium-bhb-powder
*See* Exh. G

23.     The Accused Products practice the invention of exemplary claim 22 of the '243 Patent as set forth below.

22.     A composition for administering ketone bodies or ketone body precursors to a subject:

a dietetically or pharmaceutically acceptable carrier selected from the group consisting of tablet, capsule, food product, food additive, beverage, beverage additive, candy, sucker, pastille, food supplement, spray, injectable, and suppository; and

**S-beta-hydroxybutyrate or a non-racemic mixture of S-beta-hydroxybutyrate and R-beta-hydroxybutyrate,**

**wherein the composition comprises from about 52% to 100% by enantiomeric equivalents of the S-beta-hydroxybutyrate and 0% to 48% by enantiomeric equivalents of the R-beta-hydroxybutyrate.**

Spencer Fane LLP
300 South Fourth Street, Suite 1600
Las Vegas, NV 89101-6019
Phone: 702.408.3400 Fax: 702.408.3401

LV 6890119.1



*See* Exh. I

24.    On information and belief, the Defendant has directly infringed claim 1 of the '243 Patent in the United States by testing and using the Accused Products in violation of 35 U.S.C. § 271(a). As such, Defendant is liable for direct infringement of the '243 Patent under 35 U.S.C. § 271(a).

25.    On information and belief, the Defendant has indirectly infringed the '243 Patent in this District and elsewhere in the United States by inducing others to make, use, offer for sale, import, and/or sell the Accused Products in violation of 35 U.S.C. § 271(b). Defendant has actual knowledge of its acts of indirect infringement of the '243 Patent. As such, Defendant is liable for indirect infringement of the '243 Patent under 35 U.S.C. § 271(b).

26.    On information and belief, the Defendant has indirectly infringed the '243 Patent in this District and elsewhere in the United States by contributing to the infringement of others,

LV 6890119.1

i.e., to make, use, offer for sale, import, and/or sell the Accused Products in violation of 35 U.S.C. § 271(c). Defendant has actual knowledge of its acts of indirect infringement of the '243 Patent, has actual knowledge of the fact that the Accused Products are especially made for use in the practice of the invention of the '243 Patent, and has knowledge that the Accused Products practice the invention of the '243 Patent and are used to practice its inventions. As such, Defendant is liable for indirect infringement of the '243 Patent under 35 U.S.C. § 271(c).

27.    Defendant's infringement of the '243 Patent is willful and this case is exceptional.

28.    AGS has suffered harm as a result of Defendant's infringement of the '243 Patent, including in the form of lost profits and diverted sales and market share. Plaintiff is therefore entitled to recover damages sustained as a result of Defendant's wrongful acts in an amount that is to be proven at trial.

**SECOND CLAIM FOR RELIEF**
**Patent Infringement – '876 Patent**
**35 U.S.C. §§ 1, *et seq.***

29.    AGS incorporates and realleges each and every allegation in each of the preceding paragraphs as if fully set forth herein.

30.    AGS owns all right, title, and interest in the '876 Patent.

31.    On March 17, 2020, the '876 Patent, titled "Non-Racemic Beta-Hydroxybutyrate Compounds And Compositions Enriched With The R-Enantiomer And Methods Of Use," was duly and legally issued. *See* Exh. B.

32.    Defendant is on actual notice of its infringement of the '876 Patent, having received notice of its infringement on or about March 10, 2025. *See* Exh. K.

33.    On information and belief, the Defendant sells certain non-racemic mixtures of the Accused Products with enantiomeric ratios enriched with R-beta-hydroxybutyrate relative to the S-beta-hydroxybutyrate, as shown the exemplary test results for the Accused Products reproduced below.

34.    On information and belief, the Defendant instructs its customers in the use of the Accused Products for human consumption, at least by providing the product packaging, supplement facts, and usage instructions shown below.

LV 6890119.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Spencer Fane LLP
300 South Fourth Street, Suite 1600
Las Vegas, NV 89101-6019
Phone: 702.408.3400 Fax: 702.408.3401



https://www.bulksupplements.com/products/sodium-bhb-powder
*See* Exh. G

35.    Representative claim 1 of the '876 Patent is reproduced below:

1.    A method for increasing ketone body level in a subject, comprising administering to a subject in need thereof a composition comprising:

a non-racemic mixture of R-beta-hydroxybutyrate and S-beta-hydroxybutyrate that is enriched with the R-beta-hydroxybutyrate relative to the S-beta-hydroxybutyrate,

wherein the non-racemic mixture contains up to 89% by enantiomeric equivalents of the R-beta-hydroxybutyrate and at least 11% by enantiomeric equivalents of the S-beta-hydroxybutyrate, with the proviso that the non-racemic mixture contains no more than 88% by enantiomeric equivalents of mono-ester of R-1,3-butanediol and R-beta-hydroxybutyrate.

36.    The Accused Products practice the invention of exemplary claim 1 of the '876 Patent as set forth below.

1.    **A method for increasing ketone body level in a subject, comprising administering to a subject in need thereof a composition comprising:**

a non-racemic mixture of R-beta-hydroxybutyrate and S-beta-hydroxybutyrate that is enriched with the R-beta-hydroxybutyrate relative to the S-beta-hydroxybutyrate,

LV 6890119.1

Spencer Fane LLP
300 South Fourth Street, Suite 1600
Las Vegas, NV 89101-6019
Phone: 702.408.3400 Fax: 702.408.3401

wherein the non-racemic mixture contains up to 89% by enantiomeric equivalents of the R-beta-hydroxybutyrate and at least 11% by enantiomeric equivalents of the S-beta-hydroxybutyrate, with the proviso that the non-racemic mixture contains no more than 88% by enantiomeric equivalents of mono-ester of R-1,3-butanediol and R-beta-hydroxybutyrate.

 

https://www.bulksupplements.com/products/sodium-bhb-powder
*See* Exh. G

37.    The Accused Products practice the invention of exemplary claim 1 of the '876 Patent as set forth below.

1.  A method for increasing ketone body level in a subject, comprising administering to a subject in need thereof a composition comprising:

    **a non-racemic mixture of R-beta-hydroxybutyrate and S-beta-hydroxybutyrate that is enriched with the R-beta-hydroxybutyrate relative to the S-beta-hydroxybutyrate,**

    wherein the non-racemic mixture contains up to 89% by enantiomeric equivalents of the R-beta-hydroxybutyrate and at least 11% by enantiomeric equivalents of the S-beta-hydroxybutyrate, with the proviso that the non-racemic mixture contains no more than 88% by enantiomeric equivalents of mono-ester of R-1,3-butanediol and R-beta-hydroxybutyrate.

## Certificate of Analysis

**Product: Bulk Supplement Sodium BHB**              Certificate No.: N7149052 Version 1

**Lot No: 2306412**                                   Issued for: Axcess Global Sciences

| Test / Date / Method | Specification | Results |
|---|---|---|
| Chirality<br>2024-09-13<br>GC | Report | S-45.49% and R-54.51% |

*See* Exh. J

38.     The Accused Products practice the invention of exemplary claim 1 of the '876 Patent as set forth below.

1.  A method for increasing ketone body level in a subject, comprising administering to a subject in need thereof a composition comprising:

    a non-racemic mixture of R-beta-hydroxybutyrate and S-beta-hydroxybutyrate that is enriched with the R-beta-hydroxybutyrate relative to the S-beta-hydroxybutyrate,

    **wherein the non-racemic mixture contains up to 89% by enantiomeric equivalents of the R-beta-hydroxybutyrate and at least 11% by enantiomeric equivalents of the S-beta-hydroxybutyrate, with the proviso that the non-racemic mixture contains no more than 88% by enantiomeric equivalents of mono-ester of R-1,3-butanediol and R-beta-hydroxybutyrate.**

Spencer Fane LLP
300 South Fourth Street, Suite 1600
Las Vegas, NV 89101-6019
Phone: 702.408.3400 Fax: 702.408.3401

LV 6890119.1

1
2
3
4
5
6
7
8
9
10

**Tentamus®**
San Diego, CA

# Certificate of Analysis

Product: Bulk Supplement Sodium BHB          Certificate No.: N7149052 Version 1
Lot No: 2306412                              Issued for: Axcess Global Sciences

| Test  / Date / Method | Specification | Results |
|---|---|---|
| Chirality<br>2024-09-13<br>GC | Report | S-45.49% and R-54.51% |

*See* Exh. J

39.    On information and belief, the Defendant has directly infringed claim 1 of the '876 Patent in the United States by testing and using the Accused Products in violation of 35 U.S.C. § 271(a).  As such, Defendant is liable for direct infringement of the '876 Patent under 35 U.S.C. § 271(a).

40.    On information and belief, the Defendant has indirectly infringed the '876 Patent in this District and elsewhere in the United States by inducing others to make, use, offer for sale, import, and/or sell the Accused Products in violation of 35 U.S.C. § 271(b).  Defendant has actual knowledge of its acts of indirect infringement of the '876 Patent.  As such, Defendant is liable for indirect infringement of the '876 Patent under 35 U.S.C. § 271(b).

41.    On information and belief, the Defendant has indirectly infringed the '876 Patent in this District and elsewhere in the United States by contributing to the infringement of others, i.e., to make, use, offer for sale, import, and/or sell the Accused Products in violation of 35 U.S.C. § 271(c).  Defendant has actual knowledge of its acts of indirect infringement of the '876 Patent, has actual knowledge of the fact that the Accused Products are especially made for use in the practice of the invention of the '876 Patent, and has knowledge that the Accused Products practice the invention of the '876 Patent and are used to practice its inventions. As such, Defendant is liable for indirect infringement of the '876 Patent under 35 U.S.C. § 271(c).

42.    Defendant's infringement of the '876 Patent is willful and this case is exceptional.

Spencer Fane LLP
300 South Fourth Street, Suite 1600
Las Vegas, NV 89101-6019
Phone: 702.408.3400 Fax: 702.408.3401

LV 6890119.1

43.    AGS has suffered harm as a result of Defendant's infringement of the '876 Patent, including in the form of lost profits and diverted sales and market share.  Plaintiff is therefore entitled to recover damages sustained as a result of Defendant's wrongful acts in an amount that is to be proven at trial.

### THIRD CLAIM FOR RELIEF
**Patent Infringement – '128 Patent**
**35 U.S.C. §§ 1, *et seq.***

44.    AGS incorporates and realleges each and every allegation in each of the preceding paragraphs as if fully set forth herein.

45.    AGS owns all right, title, and interest in the '128 Patent.

46.    On March 24, 2020, the '128 Patent, titled "Non-Racemic Beta-Hydroxybutyrate Compounds And Compositions Enriched With The S-Enantiomer And Methods Of Use," was duly and legally issued. *See* Exh. C.

47.    Defendant is on actual notice of its infringement of the '128 Patent, having received notice of its infringement on or about March 10, 2025. *See* Exh. K.

48.    On information and belief, the Defendant sells certain non-racemic mixtures of the Accused Products with enantiomeric ratios enriched with S-beta-hydroxybutyrate relative to the R-beta-hydroxybutyrate, as shown the exemplary test results for the Accused Products reproduced below.

49.    On information and belief, the Defendant instructs its customers in the use of the Accused Products for human consumption, at least by providing the product packaging, supplement facts, and usage instructions shown below.

Spencer Fane LLP
300 South Fourth Street, Suite 1600
Las Vegas, NV 89101-6019
Phone: 702.408.3400 Fax: 702.408.3401

Spencer Fane LLP
300 South Fourth Street, Suite 1600
Las Vegas, NV 89101-6019
Phone: 702.408.3400 Fax: 702.408.3401



https://www.bulksupplements.com/products/sodium-bhb-powder
*See* Exh. G

50.    Representative claim 1 of the '128 Patent is reproduced below:

1.    A method for increasing ketone body level in a subject, comprising administering to a subject in need thereof a composition comprising:

a non-racemic mixture of S-beta-hydroxybutyrate and R-beta-hydroxybutyrate that is enriched with the S-beta-hydroxybutyrate relative to the R-beta-hydroxybutyrate,

wherein the non-racemic mixture comprises less than 100% by enantiomeric equivalents of the S-beta-hydroxybutyrate and greater than 0% by enantiomeric equivalents of the R-beta-hydroxybutyrate.

51.    The Accused Products practice the invention of exemplary claim 1 of the '128 Patent as set forth below.

1.    **A method for increasing ketone body level in a subject, comprising administering to a subject in need thereof a composition comprising:**

a non-racemic mixture of S-beta-hydroxybutyrate and R-beta-hydroxybutyrate that is enriched with the S-beta-hydroxybutyrate relative to the R-beta-hydroxybutyrate,

wherein the non-racemic mixture comprises less than 100% by enantiomeric equivalents of the S-beta-hydroxybutyrate and greater than 0% by enantiomeric equivalents of the R-beta-hydroxybutyrate.

- 16 -

LV 6890119.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Spencer Fane LLP
300 South Fourth Street, Suite 1600
Las Vegas, NV 89101-6019
Phone: 702.408.3400 Fax: 702.408.3401



https://www.bulksupplements.com/products/sodium-bhb-powder
*See* Exh. G

52.     The Accused Products practice the invention of exemplary claim 1 of the '128

Patent as set forth below.

> 1.  A method for increasing ketone body level in a subject, comprising administering to a subject in need thereof a composition comprising:
>
> **a non-racemic mixture of S-beta-hydroxybutyrate and R-beta-hydroxybutyrate that is enriched with the S-beta-hydroxybutyrate relative to the R-beta-hydroxybutyrate,**
>
> wherein the non-racemic mixture comprises less than 100% by enantiomeric equivalents of the S-beta-hydroxybutyrate and greater than 0% by enantiomeric equivalents of the R-beta-hydroxybutyrate.

- 17 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

Spencer Fane LLP
300 South Fourth Street, Suite 1600
Las Vegas, NV 89101-6019
Phone: 702.408.3400 Fax: 702.408.3401

## AMERICAN TESTING LAB
### A Tentamus Company

# Certificate of Analysis

Product: BULKSUP020124                                    Certificate No.: P7146602 Version 1

Lot No: 2312109                                          Issued for: Axcess Global Sciences, LLC

| Test / Date / Method | Specification | Results |
|---|---|---|
| **Chirality**<br>2024-02-13<br>GC | Report | S-85.3%; R-14.7% |

Issuance Date: 2024-02-16

Approved By:
**Mo Lababidi**
**Senior Analyst**

*M*

Requisition: 1165R16526 Received On 2024-02-05 Code No: N/A For Axcess Global Sciences, LLC, 2157 Lincoln Street, Sal Lake City, 84106, Tel:8012448610 Fax:.

*See* Exh. I

53.    The Accused Products practice the invention of exemplary claim 1 of the '128 Patent as set forth below.

1.    A method for increasing ketone body level in a subject, comprising administering to a subject in need thereof a composition comprising:

a    non-racemic mixture of S-beta-hydroxybutyrate and R-beta-hydroxybutyrate that is enriched with the S-beta-hydroxybutyrate relative to the R-beta-hydroxybutyrate,

**wherein the non-racemic mixture comprises less than 100% by enantiomeric equivalents of the S-beta-hydroxybutyrate and greater than 0% by enantiomeric equivalents of the R-beta-hydroxybutyrate.**

17
18
19
20
21
22
23
24
25
26
27
28

- 18 -



*See* Exh. I

54.    On information and belief, the Defendant has directly infringed claim 1 of the '128 Patent in the United States by testing and using the Accused Products in violation of 35 U.S.C. § 271(a). As such, Defendant is liable for direct infringement of the '128 Patent under 35 U.S.C. § 271(a).

55.    On information and belief, the Defendant has indirectly infringed the '128 Patent in this District and elsewhere in the United States by inducing others to make, use, offer for sale, import, and/or sell the Accused Products in violation of 35 U.S.C. § 271(b). Defendant has actual knowledge of its acts of indirect infringement of the '128 Patent. As such, Defendant is liable for indirect infringement of the '128 Patent under 35 U.S.C. § 271(b).

56.    On information and belief, the Defendant has indirectly infringed the '128 Patent in this District and elsewhere in the United States by contributing to the infringement of others,

LV 6890119.1

i.e., to make, use, offer for sale, import, and/or sell the Accused Products in violation of 35 U.S.C. § 271(c). Defendant has actual knowledge of its acts of indirect infringement of the '128 Patent, has actual knowledge of the fact that the Accused Products are especially made for use in the practice of the invention of the '128 Patent, and has knowledge that the Accused Products practice the invention of the '128 Patent and are used to practice its inventions. As such, Defendant is liable for indirect infringement of the '128 Patent under 35 U.S.C. § 271(c).

57.    Defendant's infringement of the '128 Patent is willful and this case is exceptional.

58.    AGS has suffered harm as a result of Defendant's infringement of the '128 Patent, including in the form of lost profits and diverted sales and market share. Plaintiff is therefore entitled to recover damages sustained as a result of Defendant's wrongful acts in an amount that is to be proven at trial.

**FOURTH CLAIM FOR RELIEF**
**Patent Infringement – '129 Patent**
**35 U.S.C. §§ 1, *et seq.***

59.    AGS incorporates and realleges each and every allegation in each of the preceding paragraphs as if fully set forth herein.

60.    AGS owns all right, title, and interest in the '129 Patent.

61.    On March 24, 2020, the '129 Patent, titled "Non-Racemic Beta-Hydroxybutyrate Compounds And Compositions Enriched With The R-Enantiomer And Methods Of Use," was duly and legally issued. *See* Exh. D.

62.    Defendant is on actual notice of its infringement of the '129 Patent, having received notice of its infringement on or about March 10, 2025. *See* Exh. K.

63.    On information and belief, the Defendant sells certain non-racemic mixtures of the Accused Products with enantiomeric ratios enriched with R-beta-hydroxybutyrate relative to the S-beta-hydroxybutyrate, as shown the exemplary test results for the Accused Products reproduced below.

64.    On information and belief, the Defendant instructs its customers in the use of the Accused Products for human consumption, at least by providing the product packaging, supplement facts, and usage instructions shown below.

Spencer Fane LLP
300 South Fourth Street, Suite 1600
Las Vegas, NV 89101-6019
Phone: 702.408.3400 Fax: 702.408.3401

LV 6890119.1

Spencer Fane LLP
300 South Fourth Street, Suite 1600
Las Vegas, NV 89101-6019
Phone: 702.408.3400 Fax: 702.408.3401



https://www.bulksupplements.com/products/sodium-bhb-powder
*See* Exh. G

65.   Representative claim 1 of the '129 Patent is reproduced below:

1.   A composition for administering ketone bodies to a subject, comprising:

a non-racemic mixture of R-beta-hydroxybutyrate and S-beta-hydroxybutyrate,

wherein the non-racemic mixture contains from 52% to 89% by enantiomeric equivalents of the R-beta-hydroxybutyrate and 48% to 11% by enantiomeric equivalents of the S-beta-hydroxybutyrate, with the proviso that the non-racemic mixture contains no more than 88% by enantiomeric equivalents of mono-ester of R-1,3-butanedi and R-beta-hydroxybutyrate,

wherein the composition is provided as or in a tablet, capsule, powder, food product, food additive, flavored beverage, vitamin fortified beverage, non-alcoholic beverage, flavored beverage additive, vitamin fortified beverage additive, non-alcoholic beverage additive, candy, sucker, pastille, food supplement, flavored mouth spray, or suppository.

66.   To the extent the preamble is limiting, the Accused Products practice the invention of exemplary claim 1 of the '129 Patent as set forth below.

1.   **A composition for administering ketone bodies to a subject, comprising:**

- 21 -

LV 6890119.1

Spencer Fane LLP
300 South Fourth Street, Suite 1600
Las Vegas, NV 89101-6019
Phone: 702.408.3400 Fax: 702.408.3401

a non-racemic mixture of R-beta-hydroxybutyrate and S-beta-hydroxybutyrate,

wherein the non-racemic mixture contains from 52% to 89% by enantiomeric equivalents of the R-beta-hydroxybutyrate and 48% to 11% by enantiomeric equivalents of the S-beta-hydroxybutyrate, with the proviso that the non-racemic mixture contains no more than 88% by enantiomeric equivalents of mono-ester of R-1,3-butanedi and R-beta-hydroxybutyrate,

wherein the composition is provided as or in a tablet, capsule, powder, food product, food additive, flavored beverage, vitamin fortified beverage, non-alcoholic beverage, flavored beverage additive, vitamin fortified beverage additive, non-alcoholic beverage additive, candy, sucker, pastille, food supplement, flavored mouth spray, or suppository.

 

https://www.bulksupplements.com/products/sodium-bhb-powder
*See* Exh. G

67.    The Accused Products practice the invention of exemplary claim 1 of the '129 Patent as set forth below.

1.   A composition for administering ketone bodies to a subject, comprising:

**a non-racemic mixture of R-beta-hydroxybutyrate and S-beta-hydroxybutyrate,**

- 22 -

LV 6890119.1

Spencer Fane LLP
300 South Fourth Street, Suite 1600
Las Vegas, NV 89101-6019
Phone: 702.408.3400 Fax: 702.408.3401

wherein the non-racemic mixture contains from 52% to 89% by enantiomeric equivalents of the R-beta-hydroxybutyrate and 48% to 11% by enantiomeric equivalents of the S-beta-hydroxybutyrate, with the proviso that the non-racemic mixture contains no more than 88% by enantiomeric equivalents of mono-ester of R-1,3-butanedi and R-beta-hydroxybutyrate,

wherein the composition is provided as or in a tablet, capsule, powder, food product, food additive, flavored beverage, vitamin fortified beverage, non-alcoholic beverage, flavored beverage additive, vitamin fortified beverage additive, non-alcoholic beverage additive, candy, sucker, pastille, food supplement, flavored mouth spray, or suppository.



*See* Exh. J

68.    The Accused Products practice the invention of exemplary claim 1 of the '129 Patent as set forth below.

1.    A composition for administering ketone bodies to a subject, comprising:

a non-racemic mixture of R-beta-hydroxybutyrate and S-beta-hydroxybutyrate,

**wherein the non-racemic mixture contains from 52% to 89% by enantiomeric equivalents of the R-beta-hydroxybutyrate and 48% to 11% by enantiomeric equivalents of the S-beta-hydroxybutyrate, with the proviso that the non-racemic mixture contains no more than 88% by enantiomeric equivalents of mono-ester of R-1,3-butanedi and R-beta-hydroxybutyrate,**

- 23 -

wherein the composition is provided as or in a tablet, capsule, powder, food product, food additive, flavored beverage, vitamin fortified beverage, non-alcoholic beverage, flavored beverage additive, vitamin fortified beverage additive, non-alcoholic beverage additive, candy, sucker, pastille, food supplement, flavored mouth spray, or suppository.



*See* Exh. J

69.    The Accused Products practice the invention of exemplary claim 1 of the '129 Patent as set forth below.

1.    A composition for administering ketone bodies to a subject, comprising:

a non-racemic mixture of R-beta-hydroxybutyrate and S-beta-hydroxybutyrate,

wherein the non-racemic mixture contains from 52% to 89% by enantiomeric equivalents of the R-beta-hydroxybutyrate and 48% to 11% by enantiomeric equivalents of the S-beta-hydroxybutyrate, with the proviso that the non-racemic mixture contains no more than 88% by enantiomeric equivalents of mono-ester of R-1,3-butanedi and R-beta-hydroxybutyrate,

**wherein the composition is provided as or in a tablet, capsule, powder, food product, food additive, flavored beverage, vitamin fortified beverage, non-alcoholic beverage, flavored beverage additive, vitamin fortified beverage additive, non-alcoholic beverage additive, candy, sucker, pastille, food supplement, flavored mouth spray, or suppository.**

Spencer Fane LLP
300 South Fourth Street, Suite 1600
Las Vegas, NV 89101-6019
Phone: 702.408.3400 Fax: 702.408.3401

LV 6890119.1



https://www.bulksupplements.com/products/sodium-bhb-powder
*See* Exh. G

70.     On information and belief, the Defendant has directly infringed claim 1 of the '129 Patent in the United States by making, using, offering for sale, importing, and/or selling the Accused Products in violation of 35 U.S.C. § 271(a).  As such, Defendant is liable for direct infringement of the '129 Patent under 35 U.S.C. § 271(a).

71.     On information and belief, the Defendant has indirectly infringed the '129 Patent in this District and elsewhere in the United States by inducing others to make, use, offer for sale, import, and/or sell the Accused Products in violation of 35 U.S.C. § 271(b).  Defendant has actual knowledge of its acts of indirect infringement of the '129 Patent.  As such, Defendant is liable for indirect infringement of the '129 Patent under 35 U.S.C. § 271(b).

72.     Defendant's infringement of the '129 Patent is willful and this case is exceptional.

73.     AGS has suffered harm as a result of Defendant's infringement of the '129 Patent, including in the form of lost profits and diverted sales and market share.  Plaintiff is therefore entitled to recover damages sustained as a result of Defendant's wrongful acts in an amount that is to be proven at trial.

//

//

//

LV 6890119.1

1

### FIFTH CLAIM FOR RELIEF
**Patent Infringement – '130 Patent**
**35 U.S.C. §§ 1, *et seq.***

2

3    74.    AGS incorporates and realleges each and every allegation in each of the preceding

4    paragraphs as if fully set forth herein.

5    75.    AGS owns all right, title, and interest in the '130 Patent.

6    76.    On March 24, 2020, the '130 Patent, titled "Non-Racemic Beta-Hydroxybutyrate

7    Compounds And Compositions Enriched With The S-Enantiomer And Methods Of Use," was duly

8    and legally issued. *See* Exh. E.

9    77.    Defendant is on actual notice of its infringement of the '130 Patent, having received

10   notice of its infringement on or about March 10, 2025. *See* Exh. K.

11   78.    On information and belief, the Defendant sells certain non-racemic mixtures of the

12   Accused Products with enantiomeric ratios enriched with S-beta-hydroxybutyrate relative to the

13   R-beta-hydroxybutyrate, as shown the exemplary test results for the Accused Products reproduced

14   below.

15   79.    On information and belief, the Defendant instructs its customers in the use of the

16   Accused Products for human consumption, at least by providing the product packaging,

17   supplement facts, and usage instructions shown below.

18

19

20

 

21

22

23

24

25

26

27

28    https://www.bulksupplements.com/products/sodium-bhb-powder

Spencer Fane LLP
300 South Fourth Street, Suite 1600
Las Vegas, NV 89101-6019
Phone: 702.408.3400 Fax: 702.408.3401

LV 6890119.1

*See* Exh. G

80.    Representative claim 1 of the '130 Patent is reproduced below:

1.    A composition for administering ketone bodies and/or ketone body precursors to a subject, the ketone body composition comprising:

a non-racemic mixture of S-beta-hydroxybutyrate salt and R-beta-hydroxybutyrate salt enriched with the S-beta-hydroxybutyrate salt relative to the R-beta-hydroxybutyrate salt, with the proviso that the S-beta-hydroxybutyrate salt is not calcium S-beta-hydroxybutyrate,

wherein the non-racemic mixture comprises from less than 100% by enantiomeric equivalents of the S-beta-hydroxybutyrate salt and greater than 0% by enantiomeric equivalents of the R-beta-hydroxybutyrate salt.

81.    The Accused Products practice the invention of exemplary claim 1 of the '130 Patent as set forth below.

1.    **A composition for administering ketone bodies and/or ketone body precursors to a subject, the ketone body composition comprising:**

a non-racemic mixture of S-beta-hydroxybutyrate salt and R-beta-hydroxybutyrate salt enriched with the S-beta-hydroxybutyrate salt relative to the R-beta-hydroxybutyrate salt, with the proviso that the S-beta-hydroxybutyrate salt is not calcium S-beta-hydroxybutyrate,

wherein the non-racemic mixture comprises from less than 100% by enantiomeric equivalents of the S-beta-hydroxybutyrate salt and greater than 0% by enantiomeric equivalents of the R-beta-hydroxybutyrate salt.

Spencer Fane LLP
300 South Fourth Street, Suite 1600
Las Vegas, NV 89101-6019
Phone: 702.408.3400 Fax: 702.408.3401

- 27 -

1
2
3
4
5
6
7
8
9
10
11

Spencer Fane LLP
300 South Fourth Street, Suite 1600
Las Vegas, NV 89101-6019
Phone: 702.408.3400 Fax: 702.408.3401

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



https://www.bulksupplements.com/products/sodium-bhb-powder
*See* Exh. G

82.    The Accused Products practice the invention of exemplary claim 1 of the '130 Patent as set forth below.

1.  A composition for administering ketone bodies and/or ketone body precursors to a subject, the ketone body composition comprising:

    **a non-racemic mixture of S-beta-hydroxybutyrate salt and R-beta-hydroxybutyrate salt enriched with the S-beta-hydroxybutyrate salt relative to the R-beta-hydroxybutyrate salt, with the proviso that the S-beta-hydroxybutyrate salt is not calcium S-beta-hydroxybutyrate,**

    wherein the non-racemic mixture comprises from less than 100% by enantiomeric equivalents of the S-beta-hydroxybutyrate salt and greater than 0% by enantiomeric equivalents of the R-beta-hydroxybutyrate salt.

LV 6890119.1



# Certificate of Analysis

Product: BULKSUP020124                                    Certificate No.: P7146602 Version 1

Lot No: 2312109                                          Issued for: Axcess Global Sciences, LLC

| Test / Date / Method | Specification | Results |
|---|---|---|
| **Chirality**<br>2024-02-13<br>GC | Report | S-85.3%; R-14.7% |

Issuance Date: 2024-02-16

Approved By:
**Mo Lababidi**
**Senior Analyst**

𝓂

Requisition: 1165R16526 Received On 2024-02-05 Code No: N/A For Axcess Global Sciences, LLC, 2157 Lincoln Street, Sal Lake City,
84106, Tel:8012448610 Fax:.

*See* Exh. I

83.     The Accused Products practice the invention of exemplary claim 1 of the '130

Patent as set forth below.

1.  A composition for administering ketone bodies and/or ketone body
    precursors to a subject, the ketone body composition comprising:

    a non-racemic mixture of S-beta-hydroxybutyrate salt and R-beta-
    hydroxybutyrate salt enriched with the S-beta-hydroxybutyrate salt
    relative to the R-beta-hydroxybutyrate salt, with the proviso that the
    S-beta-hydroxybutyrate salt is not calcium S-beta-hydroxybutyrate,

    **wherein the non-racemic mixture comprises from less than 100%**
    **by enantiomeric equivalents of the S-beta-hydroxybutyrate salt**
    **and greater than 0% by enantiomeric equivalents of the R-beta-**
    **hydroxybutyrate salt.**

Spencer Fane LLP
300 South Fourth Street, Suite 1600
Las Vegas, NV 89101-6019
Phone: 702.408.3400 Fax: 702.408.3401

LV 6890119.1



## Certificate of Analysis

Product: BULKSUP020124                                          Certificate No.: P7146602 Version 1

Lot No: 2312109                                                 Issued for: Axcess Global Sciences, LLC

| Test / Date / Method | Specification | Results |
|---|---|---|
| **Chirality**<br>2024-02-13<br>GC | Report | S-85.3%; R-14.7% |

Issuance Date: 2024-02-16

Approved By:
Mo Lababidi
Senior Analyst

*M*

Requisition: 1165R16526 **Received On** 2024-02-05 **Code No:** N/A **For** Axcess Global Sciences, LLC, 2157 Lincoln Street, Sal Lake City, 84106, Tel:8012448610 Fax:.

*See* Exh. I

84.     On information and belief, the Defendant has directly infringed claim 1 of the '130 Patent in the United States by making, using, offering for sale, importing, and/or selling the Accused Products in violation of 35 U.S.C. § 271(a).  As such, Defendant is liable for direct infringement of the '130 Patent under 35 U.S.C. § 271(a).

85.     On information and belief, the Defendant has indirectly infringed the '130 Patent in this District and elsewhere in the United States by inducing others to make, use, offer for sale, import, and/or sell the Accused Products in violation of 35 U.S.C. § 271(b).  Defendant has actual knowledge of its acts of indirect infringement of the '130 Patent.  As such, Defendant is liable for indirect infringement of the '130 Patent under 35 U.S.C. § 271(b).

86.     Defendant's infringement of the '130 Patent is willful and this case is exceptional.

LV 6890119.1

1  87.    AGS has suffered harm as a result of Defendant's infringement of the '130 Patent,

2  including in the form of lost profits and diverted sales and market share.  Plaintiff is therefore

3  entitled to recover damages sustained as a result of Defendant's wrongful acts in an amount that

4  is to be proven at trial.

5  **SIXTH CLAIM FOR RELIEF**
**Patent Infringement – '131 Patent**

6  **35 U.S.C. §§ 1, *et seq.***

7  88.    AGS incorporates and realleges each and every allegation in each of the preceding

8  paragraphs as if fully set forth herein.

9  89.    AGS owns all right, title, and interest in the '131 Patent.

10  90.    On March 24, 2020, the '131 Patent, titled "Non-Racemic Beta-Hydroxybutyrate

11  Compounds And Compositions Enriched With The R-Enantiomer And Methods Of Use," was

12  duly and legally issued. *See* Exh. F.

13  91.    Defendant is on actual notice of its infringement of the '131 Patent, having received

14  notice of its infringement on or about March 10, 2025. *See* Exh. K.

15  92.    On information and belief, the Defendant sells certain non-racemic mixtures of the

16  Accused Products with enantiomeric ratios enriched with R-beta-hydroxybutyrate relative to the

17  S-beta-hydroxybutyrate, as shown the exemplary test results for the Accused Products reproduced

18  below.

19  93.    On information and belief, the Defendant instructs its customers in the use of the

20  Accused Products for human consumption, at least by providing the product packaging,

21  supplement facts, and usage instructions shown below.

22  //

23  //

24  //

25  //

26  //

27  //

28  //

Spencer Fane LLP
300 South Fourth Street, Suite 1600
Las Vegas, NV 89101-6019
Phone: 702.408.3400 Fax: 702.408.3401

- 31 -

LV 6890119.1



https://www.bulksupplements.com/products/sodium-bhb-powder
*See* Exh. G

94. Representative claim 1 of the '131 Patent is reproduced below:

1. A composition for administering ketone bodies to a subject, comprising:

a non-racemic mixture of R-beta-hydroxybutyrate and S-beta-hydroxybutyrate containing more than 50% and up to 89% by enantiomeric equivalents of R-beta-hydroxybutyrate and less than 50% and at least 11% by enantiomeric equivalents of S-beta-hydroxybutyrate, with the proviso that the non-racemic mixture contains no more than 88% by enantiomeric equivalents of mono-ester of R-1,3-butanediol and R-beta-hydroxybutyrate,

wherein the composition is provided as or in a tablet, capsule, powder, food product, food additive, flavored beverage, vitamin fortified beverage, non-alcoholic beverage, flavored beverage additive, vitamin fortified beverage additive, non-alcoholic beverage additive, candy, sucker, pastille, food supplement, flavored mouth spray, or suppository.

95. To the extent the preamble is limiting, the Accused Products practice the invention of exemplary claim 1 of the '131 Patent as set forth below.

1. **A composition for administering ketone bodies to a subject, comprising:**

a non-racemic mixture of R-beta-hydroxybutyrate and S-beta-hydroxybutyrate containing more than 50% and up to 89% by enantiomeric equivalents of R-beta-hydroxybutyrate and less than 50% and at least 11% by enantiomeric equivalents of S-beta-

LV 6890119.1

Spencer Fane LLP
300 South Fourth Street, Suite 1600
Las Vegas, NV 89101-6019
Phone: 702.408.3400 Fax: 702.408.3401

hydroxybutyrate, with the proviso that the non-racemic mixture contains no more than 88% by enantiomeric equivalents of mono-ester of R-1,3-butanediol and R-beta-hydroxybutyrate,

wherein the composition is provided as or in a tablet, capsule, powder, food product, food additive, flavored beverage, vitamin fortified beverage, non-alcoholic beverage, flavored beverage additive, vitamin fortified beverage additive, non-alcoholic beverage additive, candy, sucker, pastille, food supplement, flavored mouth spray, or suppository.




https://www.bulksupplements.com/products/sodium-bhb-powder
*See* Exh. G

96.     The Accused Products practice the invention of exemplary claim 1 of the '131 Patent as set forth below.

1.  A composition for administering ketone bodies to a subject, comprising:

    **a non-racemic mixture of R-beta-hydroxybutyrate and S-beta-hydroxybutyrate containing more than 50% and up to 89% by enantiomeric equivalents of R-beta-hydroxybutyrate and less than 50% and at least 11% by enantiomeric equivalents of S-beta-hydroxybutyrate, with the proviso that the non-racemic mixture contains no more than 88% by enantiomeric equivalents of mono-ester of R-1,3-butanediol and R-beta-hydroxybutyrate,**

LV 6890119.1

Spencer Fane LLP
300 South Fourth Street, Suite 1600
Las Vegas, NV 89101-6019
Phone: 702.408.3400 Fax: 702.408.3401

wherein the composition is provided as or in a tablet, capsule, powder, food product, food additive, flavored beverage, vitamin fortified beverage, non-alcoholic beverage, flavored beverage additive, vitamin fortified beverage additive, non-alcoholic beverage additive, candy, sucker, pastille, food supplement, flavored mouth spray, or suppository.



*See* Exh. J

97.    The Accused Products practice the invention of exemplary claim 1 of the '131 Patent as set forth below.

1.    A composition for administering ketone bodies to a subject, comprising:

a    non-racemic mixture of R-beta-hydroxybutyrate and S-beta-hydroxybutyrate containing more than 50% and up to 89% by enantiomeric equivalents of R-beta-hydroxybutyrate and less than 50% and at least 11% by enantiomeric equivalents of S-beta-hydroxybutyrate, with the proviso that the non-racemic mixture contains no more than 88% by enantiomeric equivalents of mono-ester of R-1,3-butanediol and R-beta-hydroxybutyrate,

**wherein the composition is provided as or in a tablet, capsule, powder, food product, food additive, flavored beverage, vitamin fortified beverage, non-alcoholic beverage, flavored beverage additive, vitamin fortified beverage additive, non-alcoholic beverage additive, candy, sucker, pastille, food supplement, flavored mouth spray, or suppository.**

LV 6890119.1



https://www.bulksupplements.com/products/sodium-bhb-powder
*See* Exh. G

98.     On information and belief, the Defendant has directly infringed claim 1 of the '131 Patent in the United States by making, using, offering for sale, importing, and/or selling the Accused Products in violation of 35 U.S.C. § 271(a).  As such, Defendant is liable for direct infringement of the '131 Patent under 35 U.S.C. § 271(a).

99.     On information and belief, the Defendant has indirectly infringed the '131 Patent in this District and elsewhere in the United States by inducing others to make, use, offer for sale, import, and/or sell the Accused Products in violation of 35 U.S.C. § 271(b).  Defendant has actual knowledge of its acts of indirect infringement of the '131 Patent.  As such, Defendant is liable for indirect infringement of the '131 Patent under 35 U.S.C. § 271(b).

100.    Defendant's infringement of the '131 Patent is willful and this case is exceptional.

101.    AGS has suffered harm as a result of Defendant's infringement of the '131 Patent, including in the form of lost profits and diverted sales and market share.  Plaintiff is therefore entitled to recover damages sustained as a result of Defendant's wrongful acts in an amount that is to be proven at trial.

**PRAYER FOR RELIEF**

Wherefore, AGS respectfully prays that the Court enter judgment in its favor and award the following relief against Defendants:

- 35 -

LV 6890119.1

A.      A judgment that Defendant infringed the '243 Patent directly and indirectly by inducement and indirectly by contributing to the infringement of others;

B.      A judgment that Defendant infringed the '876 Patent directly and indirectly by inducement and indirectly by contributing to the infringement of others;

C.      A judgment that Defendant infringed the '128 Patent directly and indirectly by inducement and indirectly by contributing to the infringement of others;

D.      A judgment that Defendant infringed the '129 Patent directly and indirectly by inducement;

E.      A judgment that Defendant infringed the '130 Patent directly and indirectly by inducement;

F.      A judgment that Defendant infringed the '131 Patent directly and indirectly by inducement;

G.      A finding that the Defendant's conduct alleged herein was willful;

H.      A finding that this case is exceptional under 35 U.S.C. § 285;

I.      An award of AGS's costs and fees;

J.      An award of actual damages in an amount to be determined at trial for the Defendant's acts of patent infringement as alleged herein;

K.      A judgment for treble damages;

L.      Any such other and further relief as the Court deems proper.

### DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, AGS demands a jury trial on all matters triable to a jury.

DATED this 29th day of May, 2025.

SPENCER FANE LLP

/s/ Jessica M. Lujan
JESSICA M. LUJAN, ESQ. (NBN 14913)
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101

*Attorney for Plaintiff*

Spencer Fane LLP
300 South Fourth Street, Suite 1600
Las Vegas, NV 89101-6019
Phone: 702.408.3400 Fax: 702.408.3401

LV 6890119.1