James Patrick Shea, Esq.
Nevada Bar No. 405
Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
**SHEA LARSEN PC**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Fax: (702) 926-9683
Email:   jshea@shea.law
            blarsen@shea.law
            kwyant@shea.law
-and-
Jeffer Ali, Esq. (*Pro Hac Vice Forthcoming*)
Minnesota Bar No. 0247947
**HUSCH BLACKWELL LLP**
80 S. Eighth Street, Suite 4800
Minneapolis, MN 55402
Telephone: (612) 852-2700
Fax: (612) 852-2701
Jeffer.Ali@huschblackwell.com
Matthew M. Kamps, Esq. (*Pro Hac Vice Forthcoming*)
Illinois Bar No. 6313183
**HUSCH BLACKWELL LLP**
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606
Telephone: (312) 655-1500
Fax: (312) 655-1501
Matt.Kamps@huschblackwell.com
*Attorneys for Defendant Hard Eight Nutrition, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| AXCESS GLOBAL SCIENCES, LLC, | Case No. 2:25-cv-00942 |
| Plaintiff, | **AMENDED[1] STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT [ECF NO. 1]** |
| v. | |
| HARD EIGHT NUTRITION, LLC, | |
| Defendants. | **(First Request)** |

[1] This Amended Stipulation is being filed pursuant to ECF 13 and to ensure that the judicial signature block is contained on a page with substantive matters. Nothing else herein has been amended or changed.

*SHEA LARSEN*
*1731 Village Center Circle, Suite 150*
*Las Vegas, Nevada 89134*
*(702) 471-7432*

IT IS HEREBY STIPULATED by and among Plaintiff AXCESS GLOBAL SCIENCES, LLC ("Plaintiff") and Defendant HARD EIGHT NUTRITION, LLC ("Defendant" and collectively with Plaintiff, the "Parties"), through their respective undersigned counsel, as follows with respect to Defendant's response deadline associated with Plaintiffs' *Complaint for Patent Infringement* [ECF No. 1] (the "Complaint"):

WHEREAS, on May 29, 2025, Plaintiff initiated the above-captioned case by filing their *Complaint for Patent Infringement* [ECF No. 1] against Defendant;

WHEREAS, on June 17, 2025, Plaintiff served the Complaint and Summons on Defendant [ECF No. 11];

WHEREAS, pursuant to Fed. R. Civ. P. 12(a), the deadline for Defendant to respond to Plaintiff's Complaint is currently set for July 8, 2025;

WHEREAS, based on the recent retention of counsel by Defendant, as well as the schedules of counsel for the respective Parties and upcoming holiday, the Parties (through their undersigned counsel) have met and conferred and agreed to stipulate as follows:

**IT IS HEREBY STIPULATED** by and among Plaintiff and Defendant that Defendant's deadline to respond to the Complaint [ECF No. 1] **shall be due on or before August 8, 2025**;

**IT IS FURTHER STIPULATED** by and among Plaintiff and Defendant that Plaintiff's deadline to respond to any responsive pleading or motion filed by any of Defendants **shall be governed by the applicable Federal Rules of Civil Procedure and local rules for the above-captioned court**;

///
///
///
///
///
///

Page 2 of 3

1    **IT IS FURTHER STIPULATED** that this request is not made for the purpose of hinderance

2    or delay, and is made in good faith.

3    **IT IS SO STIPULATED**.

**WORKMAN NYDEGGER**                              **SHEA LARSEN PC**

4

5    _/s/ Brian N. Platt_                                    _/s/ Kyle M. Wyant_
JESSICA M. LUJAN, ESQ.                          James Patrick Shea, Esq.
6    Nevada Bar No. 14913                            Nevada Bar No. 405
E-mail: jlujan@spencerfane.com                 Bart K. Larsen, Esq.
7    **SPENCER FANE LLP**                           Nevada Bar No. 8538
300 South Fourth Street, Suite 1600            Kyle M. Wyant, Esq.
8    Las Vegas, Nevada 89101                        Nevada Bar No. 14652
Telephone: 702/408-3400                        **SHEA LARSEN PC**
9    Facsimile: 702/408-3401                        1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
10   -and-                                          Telephone: (702) 471-7432
Fax: (702) 926-9683
11   Brian N. Platt, Esq. (_Pro Hac Vice_)          Email:   jshea@shea.law
E-mail: bplatt@wnlaw.com                                 blarsen@shea.law
12   Collin D. Hansen (_Pro Hac Vice_)                       kwyant@shea.law
E-mail: chansen@wnlaw.com                      -and-
13   **WORKMAN NYDEGGER**                           Jeffer Ali, Esq. (_Pro Hac Vice Forthcoming_)
60 East South Temple Suite 1000                Minnesota Bar No. 0247947
14   Salt Lake City, UT 84111                       **HUSCH BLACKWELL LLP**
Telephone: (801) 533-9800                      80 S. Eighth Street, Suite 4800
15   Facsimile: (801) 328-1707                      Minneapolis, MN 55402
Telephone: (612) 852-2700
16   _Attorneys for Plaintiff Axcess Global_        Fax: (612) 852-2701
_Sciences, LLC_                                Jeffer.Ali@huschblackwell.com
17

18                                                   Matthew M. Kamps, Esq. (_Pro Hac Vice_
_Forthcoming_)
19                                                   Illinois Bar No. 6313183
**HUSCH BLACKWELL LLP**
20                                                   120 South Riverside Plaza, Suite 2200
Chicago, IL 60606
21                                                   Telephone: (312) 655-1500
Fax: (312) 655-1501
22                                                   Matt.Kamps@huschblackwell.com
_Attorneys for Defendant Hard Eight Nutrition,_
23                                                   _LLC_

24                                                   **IT IS SO ORDERED:**

25

26                                                   _____
UNITED STATES DISTRICT JUDGE
27                                                   DATED: July 3, 2025

28

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432