James Patrick Shea, Esq.
Nevada Bar No. 405
Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Fax: (702) 926-9683
Email:  jshea@shea.law
          blarsen@shea.law
          kwyant@shea.law

-and-

Jeffer Ali, Esq. (*Pro Hac Vice Forthcoming*)
Minnesota Bar No. 0247947
**HUSCH BLACKWELL LLP**
80 S. Eighth Street, Suite 4800
Minneapolis, MN 55402
Telephone: (612) 852-2700
Fax: (612) 852-2701
Jeffer.Ali@huschblackwell.com

Matthew M. Kamps, Esq. (*Pro Hac Vice Forthcoming*)
Illinois Bar No. 6313183
**HUSCH BLACKWELL LLP**
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606
Telephone: (312) 655-1500
Fax: (312) 655-1501
Matt.Kamps@huschblackwell.com

*Attorneys for Defendant Hard Eight Nutrition, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| AXCESS GLOBAL SCIENCES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HARD EIGHT NUTRITION, LLC,<br><br>Defendants. | Case No. 2:25-cv-00942<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT [ECF NO. 1]**<br><br>**(Second Request)** |

IT IS HEREBY STIPULATED by and among Plaintiff AXCESS GLOBAL SCIENCES, LLC ("Plaintiff") and Defendant HARD EIGHT NUTRITION, LLC ("Defendant" and collectively with Plaintiff, the "Parties"), through their respective undersigned counsel, as follows with respect to Defendant's response deadline associated with Plaintiffs' *Complaint for Patent Infringement* [ECF No. 1] (the "Complaint"):

WHEREAS, on May 29, 2025, Plaintiff initiated the above-captioned case by filing their *Complaint for Patent Infringement* [ECF No. 1] against Defendant;

WHEREAS, on June 17, 2025, Plaintiff served the Complaint and Summons on Defendant [ECF No. 11];

WHEREAS, pursuant to Fed. R. Civ. P. 12(a), the deadline for Defendant to originally respond to Plaintiff's Complaint is was set for July 8, 2025;

WHEREAS, the Parties previously stipulated via their *Amended Stipulation and Order to Extend Time for Defendants to Respond to Plaintiff's Complaint for Patent Infringement*, that Defendant would have until August 8, 2025 to respond to the Complaint;

WHEREAS, the Court approved the Parties' First Stipulation [ECF No. 15], setting August 8, 2025 as Defendant's current response deadline to the Complaint;

WHEREAS, based on recent discussions between the Parties relating to the underlying claims at issue, and as a result of the Parties considering the potential for settlement of this matter prior to expending additional fees, the Parties (through their undersigned counsel) have met and conferred and agreed to stipulate (second request) as follows:

**IT IS HEREBY STIPULATED** by and among Plaintiff and Defendant that Defendant's deadline to respond to the Complaint [ECF No. 1] **shall be due on or before September 5, 2025**;

**IT IS FURTHER STIPULATED** by and among Plaintiff and Defendant that Plaintiff's deadline to respond to any responsive pleading or motion filed by any of Defendants **shall be governed by the applicable Federal Rules of Civil Procedure and local rules for the above-captioned court**;

///

SHEA LARSEN
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

**IT IS FURTHER STIPULATED** that this request is not made for the purpose of hinderance or delay, and is made in good faith.

**IT IS SO STIPULATED**.

| WORKMAN NYDEGGER | SHEA LARSEN |
|---|---|
| */s/Brian N. Platt* | */s/ Kyle M. Wyant* |
| JESSICA M. LUJAN, ESQ. | James Patrick Shea, Esq. |
| Nevada Bar No. 14913 | Nevada Bar No. 405 |
| E-mail: jlujan@spencerfane.com | Bart K. Larsen, Esq. |
| **SPENCER FANE LLP** | Nevada Bar No. 8538 |
| 300 South Fourth Street, Suite 1600 | Kyle M. Wyant, Esq. |
| Las Vegas, Nevada 89101 | Nevada Bar No. 14652 |
| Telephone: 702/408-3400 | **SHEA LARSEN** |
| Facsimile: 702/408-3401 | 1731 Village Center Circle, Suite 150 |
| | Las Vegas, Nevada 89134 |
| -and- | Telephone: (702) 471-7432 |
| | Fax: (702) 926-9683 |
| Brian N. Platt, Esq. (*Pro Hac Vice*) | Email:  jshea@shea.law |
| E-mail: bplatt@wnlaw.com |         blarsen@shea.law |
| Collin D. Hansen (*Pro Hac Vice*) |         kwyant@shea.law |
| E-mail: chansen@wnlaw.com | -and- |
| **WORKMAN NYDEGGER** | Jeffer Ali, Esq. (*Pro Hac Vice Forthcoming*) |
| 60 East South Temple Suite 1000 | Minnesota Bar No. 0247947 |
| Salt Lake City, UT 84111 | **HUSCH BLACKWELL LLP** |
| Telephone: (801) 533-9800 | 80 S. Eighth Street, Suite 4800 |
| Facsimile: (801) 328-1707 | Minneapolis, MN 55402 |
| | Telephone: (612) 852-2700 |
| *Attorneys for Plaintiff Axcess Global Sciences, LLC* | Fax: (612) 852-2701 |
| | Jeffer.Ali@huschblackwell.com |
| | |
| | Matthew M. Kamps, Esq. (*Pro Hac Vice Forthcoming*) |
| | Illinois Bar No. 6313183 |
| | **HUSCH BLACKWELL LLP** |
| | 120 South Riverside Plaza, Suite 2200 |
| | Chicago, IL 60606 |
| | Telephone: (312) 655-1500 |
| | Fax: (312) 655-1501 |
| | Matt.Kamps@huschblackwell.com |
| | |
| | *Attorneys for Defendant Hard Eight Nutrition, LLC* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE
DATED:    8-13-25