James Patrick Shea, Esq.
Nevada Bar No. 405
Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Fax: (702) 926-9683
Email: jshea@shea.law
blarsen@shea.law
kwyant@shea.law
-and-

Jeffer Ali, Esq. (*Pro Hac Vice Pending*)
Minnesota Bar No. 0247947
**HUSCH BLACKWELL LLP**
80 S. Eighth Street, Suite 4800
Minneapolis, MN 55402
Telephone: (612) 852-2700
Fax: (612) 852-2701
Jeffer.Ali@huschblackwell.com

Matthew M. Kamps, Esq. (*Pro Hac Vice Pending*)
Illinois Bar No. 6313183
**HUSCH BLACKWELL LLP**
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606
Telephone: (312) 655-1500
Fax: (312) 655-1501
Matt.Kamps@huschblackwell.com

*Attorneys for Defendant Hard Eight Nutrition, LLC*

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

AXCESS GLOBAL SCIENCES, LLC,

Plaintiff,

v.

HARD EIGHT NUTRITION, LLC,

Defendants.

Case No. 2:25-cv-00942

**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION TO DISMISS [ECF NO. 25] AND MOTION TO STRIKE [ECF NO. 26] ANSWER TO COMPLAINT**

**(First Request)**

IT IS HEREBY STIPULATED by and among Plaintiff AXCESS GLOBAL SCIENCES, LLC ("Plaintiff") and Defendant HARD EIGHT NUTRITION, LLC ("Defendant" and collectively with Plaintiff, the "Parties"), through their respective undersigned counsel, as follows with respect to Defendant's response deadline associated with Plaintiffs' *Motion to Dismiss Counterclaims* [ECF No. 25] and *Motion to Strike Answer to Complaint* [ECF No. 26] (collectively, the "Motions"):

WHEREAS, on May 29, 2025, Plaintiff initiated the above-captioned case by filing their *Complaint for Patent Infringement* [ECF No. 1] against Defendant;

WHEREAS, on June 17, 2025, Plaintiff served the Complaint and Summons on Defendant [ECF No. 11];

WHEREAS, following stipulations among the Parties to extend the responsive pleading deadline for Defendant to respond to the Complaint, Defendant filed its Answer and Counterclaim on September 5, 2025;

WHEREAS, on September 24, 2025, Plaintiff filed its Motions seeking to dismiss various counterclaims asserted by Defendant against Plaintiff and seeking to strike various affirmative defenses set forth by Defendant in its answer;

WHEREAS, pursuant to Local Rule 7-2 applicable on this Court, the deadline to file and serve any points and authorities in response to the motion is 14 days after service of the motion;

WHEREAS, based on these timing requirements, Defendant is currently required to respond to the Motions no later than October 8, 2025;

WHEREAS, based on recent discussions between the Parties relating to the underlying claims at issue, and as a result of the Parties considering the potential for settlement of this matter prior to expending additional fees, the Parties (through their undersigned counsel) have met and conferred and agreed to stipulate (first request) as follows:

**IT IS HEREBY STIPULATED** by and among Plaintiff and Defendant that Defendant's deadline to respond to the Motion [ECF Nos. 25 and 26] **shall be due on or before October 22, 2025**;

SHEA LARSEN
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

**IT IS FURTHER STIPULATED** by and among Plaintiff and Defendant that Plaintiff's deadline to respond to any opposition filed by any of Defendants **shall be governed by the applicable Federal Rules of Civil Procedure and local rules for the above-captioned court**;

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

**IT IS FURTHER STIPULATED** that this request is not made for the purpose of hinderance or delay, and is made in good faith.

**IT IS SO STIPULATED.**

**WORKMAN NYDEGGER**

*/s/ Brian N. Platt*
JESSICA M. LUJAN, ESQ.
Nevada Bar No. 14913
E-mail: jlujan@spencerfane.com
**SPENCER FANE LLP**
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702/408-3400
Facsimile: 702/408-3401

-and-

Brian N. Platt, Esq. (*Pro Hac Vice*)
E-mail: bplatt@wnlaw.com
Collin D. Hansen (*Pro Hac Vice*)
E-mail: chansen@wnlaw.com
**WORKMAN NYDEGGER**
60 East South Temple Suite 1000
Salt Lake City, UT 84111
Telephone: (801) 533-9800
Facsimile: (801) 328-1707

*Attorneys for Plaintiff Axcess Global Sciences, LLC*

**SHEA LARSEN**

*/s/ Bart K. Larsen*
James Patrick Shea, Esq.
Nevada Bar No. 405
Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Fax: (702) 926-9683
Email: jshea@shea.law
blarsen@shea.law
kwyant@shea.law

-and-

Jeffer Ali, Esq. (*Pro Hac Vice Pending*)
Minnesota Bar No. 0247947
**HUSCH BLACKWELL LLP**
80 S. Eighth Street, Suite 4800
Minneapolis, MN 55402
Telephone: (612) 852-2700
Fax: (612) 852-2701
Jeffer.Ali@huschblackwell.com

Matthew M. Kamps, Esq. (*Pro Hac Vice Pending*)
Illinois Bar No. 6313183
**HUSCH BLACKWELL LLP**
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606
Telephone: (312) 655-1500
Fax: (312) 655-1501
Matt.Kamps@huschblackwell.com

*Attorneys for Defendant Hard Eight Nutrition, LLC*

**IT IS SO ORDERED.**
**DATED:** October 8, 2025.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432