James Patrick Shea, Esq.
Nevada Bar No. 405
Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Fax: (702) 926-9683
Email:  jshea@shea.law
        blarsen@shea.law
        kwyant@shea.law
-and-

Jeffer Ali, Esq. (*Pro Hac Vice Granted*)
Minnesota Bar No. 0247947
**HUSCH BLACKWELL LLP**
80 S. Eighth Street, Suite 4800
Minneapolis, MN 55402
Telephone: (612) 852-2700
Fax: (612) 852-2701
Jeffer.Ali@huschblackwell.com

Matthew M. Kamps, Esq. (*Pro Hac Vice Granted*)
Illinois Bar No. 6313183
**HUSCH BLACKWELL LLP**
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606
Telephone: (312) 655-1500
Fax: (312) 655-1501
Matt.Kamps@huschblackwell.com

*Attorneys for Defendant Hard Eight Nutrition, LLC*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| AXCESS GLOBAL SCIENCES, LLC,<br><br>              Plaintiff,<br><br>v.<br><br>HARD EIGHT NUTRITION, LLC,<br><br>              Defendants. | Case No. 2:25-cv-00942<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION TO DISMISS [ECF NO. 25] AND MOTION TO STRIKE [ECF NO. 26] ANSWER TO COMPLAINT**<br><br>**(Second Request)** |

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

SHEA LARSEN
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

1    IT IS HEREBY STIPULATED by and among Plaintiff AXCESS GLOBAL SCIENCES,

2  LLC ("Plaintiff") and Defendant HARD EIGHT NUTRITION, LLC ("Defendant" and

3  collectively with Plaintiff, the "Parties"), through their respective undersigned counsel, as follows

4  with respect to Defendant's response deadline associated with Plaintiffs' *Motion to Dismiss*

5  *Counterclaims* [ECF No. 25] and *Motion to Strike Answer to Complaint* [ECF No. 26]

6  (collectively, the "Motions"):

7    WHEREAS, on May 29, 2025, Plaintiff initiated the above-captioned case by filing their

8  *Complaint for Patent Infringement* [ECF No. 1] against Defendant;

9    WHEREAS, on June 17, 2025, Plaintiff served the Complaint and Summons on Defendant

10  [ECF No. 11];

11    WHEREAS, following stipulations among the Parties to extend the responsive pleading

12  deadline for Defendant to respond to the Complaint, Defendant filed its Answer and Counterclaim

13  on September 5, 2025;

14    WHEREAS, on September 24, 2025, Plaintiff filed its Motions seeking to dismiss various

15  counterclaims asserted by Defendant against Plaintiff and seeking to strike various affirmative

16  defenses set forth by Defendant in its answer;

17    WHEREAS, pursuant to Local Rule 7-2 applicable on this Court, the deadline to file and

18  serve any points and authorities in response to the motion is 14 days after service of the motion;

19    WHEREAS, based on these timing requirements, Defendant was required to respond to the

20  Motions no later than October 8, 2025;

21    WHEREAS, on October 7, 2025, the Parties filed their *Stipulation and Order to Extend*

22  *Time for Defendant to Respond to Plaintiffs Motion to Dismiss [ECF No. 25] and Motion to Strike*

23  *[ECF No. 26] Answer to Complaint* [ECF No. 27] (the "First Stipulation");

24    WHEREAS, on October 8, 2025, the Court granted the First Stipulation which continued

25  Defendant's time to respond to the Motions to October 22, 2025 so that the Parties could continue

26  working towards potential resolution or settlement of this matter;

27    WHEREAS, the Parties have continued to diligently work towards settlement of this matter

28

and are still negotiating potential resolution and believe that they need additional time (approximately one week) to determine whether this matter can be resolved prior to responding to the Motions;

WHEREAS, based on recent discussions between the Parties relating to the underlying claims at issue, and as a result of the Parties considering the potential for settlement of this matter prior to expending additional fees, the Parties (through their undersigned counsel) have met and conferred and agreed to stipulate (second request) as follows:

IT IS HEREBY STIPULATED by and among Plaintiff and Defendant that Defendant's deadline to respond to the Motion [ECF Nos. 25 and 26] **shall be due on or before October 29, 2025**;

IT IS FURTHER STIPULATED by and among Plaintiff and Defendant that Plaintiff's deadline to respond to any opposition filed by any of Defendants **shall be governed by the applicable Federal Rules of Civil Procedure and local rules for the above-captioned court**;

///
///
///
///
///
///
///
///
///
///
///
///
///

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

1

2     **IT IS FURTHER STIPULATED** that this request is not made for the purpose of hinderance or delay, and is made in good faith.

3     **IT IS SO STIPULATED**.

4     **WORKMAN NYDEGGER**                                    **SHEA LARSEN**

5     ___/s/ Brian N. Platt___                                ___/s/ Bart K. Larsen___
      JESSICA M. LUJAN, ESQ.                                  James Patrick Shea, Esq.
6     Nevada Bar No. 14913                                    Nevada Bar No. 405
      E-mail: jlujan@spencerfane.com                          Bart K. Larsen, Esq.
7     **SPENCER FANE LLP**                                    Nevada Bar No. 8538
      300 South Fourth Street, Suite 1600                     Kyle M. Wyant, Esq.
8     Las Vegas, Nevada 89101                                 Nevada Bar No. 14652
      Telephone: 702/408-3400                                 **SHEA LARSEN**
9     Facsimile: 702/408-3401                                 1731 Village Center Circle, Suite 150
                                                              Las Vegas, Nevada 89134
10    -and-                                                   Telephone: (702) 471-7432
                                                              Fax: (702) 926-9683
11    Brian N. Platt, Esq. (*Pro Hac Vice*)                   Email:  jshea@shea.law
      E-mail: bplatt@wnlaw.com                                        blarsen@shea.law
12    Collin D. Hansen (*Pro Hac Vice*)                               kwyant@shea.law
      E-mail: chansen@wnlaw.com                               -and-
13    **WORKMAN NYDEGGER**                                    Jeffer Ali, Esq. (*Admitted Pro Hac Vice*)
      60 East South Temple Suite 1000                         Minnesota Bar No. 0247947
14    Salt Lake City, UT 84111                                **HUSCH BLACKWELL LLP**
      Telephone: (801) 533-9800                               80 S. Eighth Street, Suite 4800
15    Facsimile: (801) 328-1707                               Minneapolis, MN 55402
                                                              Telephone: (612) 852-2700
16    *Attorneys for Plaintiff Axcess Global Sciences,*       Fax: (612) 852-2701
      *LLC*                                                   Jeffer.Ali@huschblackwell.com
17

18                                                            Matthew M. Kamps, Esq. (*Admitted Pro Hac*
                                                              *Vice*)
19                                                            Illinois Bar No. 6313183
                                                              **HUSCH BLACKWELL LLP**
20                                                            120 South Riverside Plaza, Suite 2200
                                                              Chicago, IL 60606
21                                                            Telephone: (312) 655-1500
                                                              Fax: (312) 655-1501
22                                                            Matt.Kamps@huschblackwell.com

23                                                            *Attorneys for Defendant Hard Eight Nutrition,*
                                                              *LLC*
24

25                                                            **IT IS SO ORDERED:**

26
                                                              _____
27                                                            UNITED STATES DISTRICT JUDGE
                                                              **DATED**:  October 22, 2025.
28